UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ACACSHA JACKSON,
Individually and on behalf of
all those similarly situated,

Plaintiff,

Case No. 24-cv-0399-bhl

v.

TEAM DISCOVERY, LLC,
LAURENCE TRIMBLE, and
TREVOR TRIMBLE,

Defendants.

---

**ORDER GRANTING FINAL APPROVAL OF
COLLECTIVE AND CLASS ACTION SETTLEMENT**

---

On June 29, 2026, the parties filed their Joint Motion for Preliminary Approval of Class Action Settlement and Approval of Collective Action Settlement, (ECF No. 119), and their fully executed Settlement Agreement and Release, (ECF No. 118), in this dual Federal Rule of Civil Procedure 23 class action and Fair Labor Standards Act (FLSA) collective action. On June 30, 2026, the Court granted preliminary approval in part and scheduled a final fairness hearing. (ECF No. 124.)

On September 9, 2026, the parties filed a Joint Motion for Final Approval of Class and Collective Action Settlement, (ECF No. 125), and Unopposed Motion for Attorneys' Fees and Costs, (ECF No. 127).

On September 30, 2026, the Court conducted a Fairness Hearing on the parties' request for final approval of their Settlement Agreement and determined that the settlement in this matter, Plaintiff's counsel's attorneys' fees of $95,000 and case-related costs and expenses of $2,586.66, and Plaintiff's award of $2,380 are fair and reasonable. Based on the parties' submissions and the representations of counsel, the Court **FINDS**:

1 The Settlement Agreement is a fair, reasonable, and adequate resolution pursuant to Fed. R. Civ. P. 23(e).

2. The Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

3. Plaintiff Acacsha Jackson's award of $2,380 for her individual non-overtime claims is reasonable.

4. Plaintiff's request for $95,000 for attorneys' fees and $2,586.66 for case-related costs and expenses is reasonable.

**IT IS THEREFORE ORDERED**:

1. The Wisconsin Wage Payment and Collection Laws (WWPCL) Class is certified pursuant to Fed. R. Civ. P. 23 and the FLSA Collective is certified pursuant to 29 U.S.C. § 216(b).

2. The parties' Joint Motion for Final Approval of Class and Collective Action Settlement, (ECF No. 125), is **GRANTED** and the parties' Settlement Agreement and Release, (ECF No. 118), is **APPROVED** as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e), and represents a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

3. Named Plaintiff Acacsha Jackson is appointed as Class Representative for the WWPCL Class and FLSA Collective.

4. Hawks Quindel, S.C. is appointed as counsel for the settlement class.

5. The Settlement Agreement and Release is binding on Plaintiff, Defendants, and all settling Plaintiffs.

6. Plaintiff Acasha Jackson's award of $2,380 is hereby **APPROVED**.

7. Plaintiff's Unopposed Motion for Attorneys' Fees and Costs, (ECF No. 127), is **GRANTED** and counsel's requested award of $95,000 for attorneys' fees and $2,586.66 for case-related costs and expenses is hereby **APPROVED.**

8. The Settlement Class Members' released claims are dismissed with prejudice.

9. The wage claims of the putative collective members who did not timely submit their written consent to join forms are dismissed without prejudice.

10. The wage claims of the putative class members who timely and properly excluded themselves in full accordance with the procedures set forth in the parties' Settlement Agreement are dismissed without prejudice.

11. This matter is hereby **DISMISSED** on the merits, with prejudice, and without further costs to either party.

**SO ORDERED** on September 30, 2026.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge